UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>$24,600.00 IN U.S. CURRENCY,<br><br>Defendant. | No. 2:18-cv-04703-JAK (KS)<br><br>**JUDGMENT OF FORFEITURE**<br><br>**JS-6** |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all right, title and interest of all potential claimants, including Kenneth Thompson, Jr. and Errol P. Lucas, Jr., in and to the defendant currency are forfeited to the United States of America, which shall dispose of the defendant currency in the manner required by law.

IT IS SO ORDERED.

Dated: February 15, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE